**Clara DREYMANN, f/k/a
Clara Hammer**

v.

**Max HAMMER.**

Supreme Judicial Court of Maine.

Argued Sept. 10, 1986.
Decided Sept. 17, 1986.

Clara Dreymann, pro se, (orally).

James Tierney, Atty. Gen., Augusta, James A. Mitchell, Asst. Atty. Gen. (orally), Bangor, for Dept. of Human Services.

Vafiades, Brountas & Kominsky, Eugene C. Coughlin (orally), Susan Kominsky, Bangor, for defendant.

Before NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

The plaintiff, Clara Dreymann, appeals *pro se* from a judgment of the Superior Court (Penobscot County) granting a motion by the assistant Attorney General serving the Department of Human Services for leave to withdraw as counsel for her.

Because the Superior Court ruling was interlocutory in nature, it is not appealable. *See State v. Maine State Employees Ass'n,* 482 A.2d 461 (Me.1984).

The entry is:

Appeal dismissed.

All concurring.